UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
May 5, 2023 1:40 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: JW /5-5

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTODOULOS SANTAFIANOS,

    Defendant.
_____/

1:23-cr-51
Jane M. Beckering
U.S. District Judge

**CLASS A MISDEMEANOR**
**INFORMATION**

The United States Attorney charges:

(Theft of Government Record)

On or about July 9, 2021, in the Southern Division of the Western District of Michigan, defendant,

**CHRISTODOULOS SANTAFIANOS,**

knowingly embezzled and converted to his use and the use of another, and without authority knowingly conveyed and disposed of a record and thing of value of the United States, namely a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) notice of a thirty-day detail for Industry Operations Investigators to the Boston Field Division, the value of such record not exceeding the sum of $1,000, which had come into his

1

care and possession by virtue of his employment as an Industry Operations Investigator with ATF.

18 U.S.C. § 641

Date: May 5, 2023

MARK A. TOTTEN
United States Attorney

RONALD M. STELLA
Assistant United States Attorney