UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:23-CR-00051

v.

CHRISTODOULOS SANTAFIANOS,

                                     **MISDEMEANOR**
                                       **INFORMATION**
       Defendant.                            **PENALTY SHEET**

_____/

**Theft of Government Property Not Exceeding $1,000** [18 U.S.C. § 641]

**Maximum penalty:** Not more than 1 year imprisonment and/or $100,000 fine [18 U.S.C. § 641][18 U.S.C. § 3571]

**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] Class A Misdemeanor [18 U.S.C. § 3559]

**Special Assessment:** $25 [18 U.S.C. § 3013]

**Restitution:** Mandatory [18 U.S.C. § 3663A]


Date: May 5, 2023                                           */s/Ronald M. Stella*
                                                           Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046