UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 1:23–cr–51

v.                                   Hon. Jane M. Beckering

CHRISTODOULOS SANTAFIANOS,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Change of Plea Hearing<br>First Appearance |
| Date/Time: | June 8, 2023   11:00 AM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                  SALLY J. BERENS
                                                  U.S. Magistrate Judge

Dated:  May 15, 2023        By:    /s/ Julie Lenon_____
                                                         Judicial Assistant